UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| JONATHAN WELLS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>MIDWEST RECOVERY SERVICES, LLC and JOHN DOES 1-25,<br><br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case 1:20-cv-01203-LF-SCY |

## **CERTIFICATE OF SERVICE**

Defendant Midwest Recovery Services, LLC, by and through its counsel of record, Madison, Mroz, Steinman & Dekleva, P.A., (Gregory D. Steinman) and hereby certifies that on this 19th day of February, 2021 Defendant's Initial Disclosures, along with a copy of this Certificate of Service were sent via electronic mail to counsel of record as follows and that the foregoing was filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing.

Yaakov Saks, Esq.
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601
(201) 282-6500 ext. 107
ysaks@steinsakslegal.com
*Attorneys for Plaintiff*

Respectfully submitted,

Madison, Mroz, Steinman,
Kenny & Olexy, P.A.

By: */s/ Gregory D. Steinman*
    Gregory D. Steinman
    P.O. Box 25467
    Albuquerque, NM 87125-5467
    (505) 242-2177
    gds@madisonlaw.com
    *Attorneys for Defendant Midwest Recovery Services, LLC*

2