IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN WELLS, on behalf of himself
and all others similarly situated,

        Plaintiff,

        v.                                    CIV 20-1203 KG/SCY

MIDWEST RECOVERY SERVICES, LLC
and John Does 1-25,

        Defendant.

## ORDER OF DISMISSAL

The Court having reviewed the Parties' Proposed Stipulation for Dismissal with Prejudice, and being fully advised in the premises, does hereby order, that Plaintiff Jonathan Wells ("Plaintiff") and Defendant Midwest Recovery Services, LLC ("Defendant") are dismissed with prejudice with each party to bear their respective costs and fees.

                                                _____
                                                UNITED STATES DISTRICT JUDGE